UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| M S INTERNATIONAL, INC., | : | |
| | : | Consol. Court No.: 19-00140 |
| Plaintiff, | : | |
| v. | : | Court No.: 19-00138 |
| | : | |
| UNITED STATES | : | Before: Hon. Leo M. Gordon, Judge |
| | : | |
| Defendant. | : | |
| | : | |

**MOTION TO WITHDRAW ATTORNEY**

Pursuant to Court of International Trade Rule 75(d), Plaintiff, Bonney Forge Corporation, (hereinafter "Bonney Forge"), by its attorneys, Barnes, Richardson & Colburn LLP, hereby moves this Court to withdraw the appearance of one attorney, Navpreet K. Moonga, from this matter as she is no longer with the firm. Matthew T. McGrath will remain as counsel to Bonney Forge.

Accordingly, Bonney Forge respectfully requests this Court to allow it to remove Navpreet K. Moonga as an attorney in this case.

Respectfully submitted,

/s/ Matthew T. McGrath

Matthew T. McGrath

**BARNES, RICHARDSON & COLBURN, LLP**
1200 New Hampshire Ave, NW
Suite 725-B
Washington, DC 20036
(202) 277-0215
mmcgrath@barnesrichardson.com

Dated: May 20, 2021

*Counsel to Bonney Forge Corporation.*

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| M S INTERNATIONAL, INC., | Consol. Court No.: 19-00140 |
| Plaintiff, | |
| v. | Court No.: 19-00138 |
| UNITED STATES | Before: Hon. Leo M. Gordon, Judge |
| Defendant. | |

### ORDER TO WITHDRAW ATTORNEY

Upon consideration of Plaintiff's, Bonney Forge Corporation, Motion to Withdraw Attorney, and upon consideration of all other papers and proceedings herein, it is hereby

**ORDERED** that the said motion is granted; and it is further

**ORDERED** that Navpreet K. Moonga is removed as an attorney in this case;

**SO ORDERED.**

Dated: _____, 2021                    _____, JUDGE
New York, New York

1