UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BONNEY FORGE CORPORATION, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, | |
| Plaintiff, | |
| v. | Court No.: 20-03837 |
| UNITED STATES | Before: Hon. Stephen A. Vaden |
| Defendant, and | |
| SHAKTI FORGE INDUSTRIES PVT. LTD., | |
| Defendant-Intervenor | |

**ORDER TO WITHDRAW ATTORNEY**

Upon consideration of Defendant-Intervenor's, Shakti Forge Industries Pvt. Ltd., Motion to Withdraw Attorney, and upon consideration of all other papers and proceedings herein, it is hereby **ORDERED** that the said motion is granted; and it is further

**ORDERED** that Navpreet K. Moonga is removed as an attorney in this case;

**SO ORDERED.**

Dated: _____, 2021                                    _____, JUDGE
New York, New York

1

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BONNEY FORGE CORPORATION, and : <br> UNITED STEEL, PAPER AND FORESTRY, : <br> RUBBER, MANUFACTURING, ENERGY, : <br> ALLIED INDUSTRIAL AND SERVICE : <br> WORKERS INTERNATIONAL UNION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES : <br> : <br> Defendant, and : <br> : <br> SHAKTI FORGE INDUSTRIES PVT. LTD., : <br> : <br> Defendant-Intervenor : <br> : | Court No.: 20-03837 <br><br> Before: Hon. Stephen A. Vaden |

**MOTION TO WITHDRAW ATTORNEY**

Pursuant to Court of International Trade Rule 75(d), Defendant-Intervenor, Shakti Forge Industries Pvt. Ltd.., (hereinafter "Shakti Forge"), by its attorneys, Barnes, Richardson & Colburn LLP, hereby moves this Court to withdraw the appearance of one attorney, Navpreet K. Moonga, from this matter as she is no longer with the firm. Matthew T. McGrath will remain as counsel to Shakti Forge.

The Government, represented by Kara M. Westercamp, and Plaintiff, represented William A. Fennell, have since given oral and written consent to the Motion to Withdraw Attorney filed today, May 20, 2021.

Accordingly, Shakti Forge respectfully requests this Court to allow it to remove Navpreet K. Moonga as an attorney in this case.

1

Respectfully submitted,

/s/ Matthew T. McGrath

Matthew T. McGrath

**BARNES, RICHARDSON & COLBURN, LLP**
1200 New Hampshire Ave, NW
Suite 725-B
Washington, DC 20036
(202) 277-0215
mmcgrath@barnesrichardson.com

*Counsel to Shakti Forge Industries Pvt. Ltd..*

Dated: May 20, 2021