UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| BONNEY FORGE CORPORATION, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br>and<br><br>SHAKTI FORGE INDUSTRIES PVT. LTD.,<br><br>Defendant-Intervenor. | Court No.: 20-03837<br>Before: Hon. Stephen A. Vaden |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

**PLEASE TAKE NOTICE** that Robert G. Gosselink and Aqmar Rahman, of the law firm of Trade Pacific PLLC, have been substituted as attorneys of record for Defendant-Intervenor, Shakti Forge Industries Pvt. Ltd. ("Shakti Forge") in this action in place of David G. Forgue and Matthew T. McGrath, of the law firm of Barnes, Richardson & Colburn, LLP.

                                                <u>Shakti Forge Industries Pvt. Ltd.</u>
                                                Defendant-Intervenor

Dated: August 3, 2022                    By:  <u>/s/ Shakti Forge Industries Pvt. Ltd.</u>

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action as attorney for Shakti Forge Industries Pvt. Ltd., the Defendant-Intervenor herein, and requests that all papers in connection therewith be served upon him. The individual attorney in the undersigned firm who is responsible for the ligation is Robert G. Gosselink.

Dated: August 3, 2022                    Robert G. Gosselink
                                                Trade Pacific PLLC
                                                700 Pennsylvania Avenue, SE, Suite 500
                                                Washington, DC  20003
                                                Tel:  (202) 223-3760
                                                Email:  rgosselink@tradepacificlaw.com

                                                By: /s/ Robert G. Gosselink