## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| BONNEY FORGE CORPORATION, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,<br><br>    Plaintiffs,<br><br>    v.<br>UNITED STATES,<br><br>    Defendant,<br>and<br><br>SHAKTI FORGE INDUSTRIES PVT. LTD.,<br><br>    Defendant-Intervenor. | Court No.: 20-03837<br>Before: Hon. Stephen A. Vaden |

### DEFENDANT-INTERVENOR'S RESPONSE TO PLAINTIFFS' COMMENTS ON SECOND REMAND REDETERMINATION

          **Robert G. Gosselink**
          **Aqmar Rahman**

          TRADE PACIFIC PLLC
          700 Pennsylvania Avenue, SE
          Suite 500
          Washington, D.C. 20003
          Tel.: (202) 223-3760

          *Counsel to Defendant-Intervenor*

**Dated:  April 24, 2024**

**DEFENDANT-INTERVENOR'S RESPONSE
TO PLAINTIFFS' COMMENTS ON SECOND REMAND
REDETERMINATION**

On behalf of Defendant-Intervenor, Shakti Forge Industries Pvt. Ltd. ("Shakti"), we respectfully submit this response to the comments on second remand redetermination submitted by Plaintiffs Bonney Forge Corporation, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union. *See* Plaintiffs Bonney Forge Corporation and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union Comments on Second Remand Redetermination (March 25, 2024), ECF No. 96; *see also* Final Results of Redetermination Pursuant to Court Order (Feb. 22, 2024), ECF No. 90 (Second Remand Redetermination), APPX14541-14552.

Shakti concurs with the arguments provided by the Defendant in its April 9, 2024 comments that Commerce's second remand redetermination was in accordance with the Court's decision and remand order in *Bonney Forge Corporation v. United States*, Court No. 20-03837, Slip Op. No. 23-120, 2023 WL 5353699 (Ct. Int'l Trade 2023). *See* Defendant's Response to Plaintiffs' Comments on Second Remand Redetermination (April 9, 2024), ECF 102. Shakti does not wish to address issues and arguments that are substantively different from those addressed by Defendant and requests the Court to sustain Commerce's second remand redetermination.

In its second remand order, the Court held that Commerce failed to consider Plaintiffs' reliance interests in an on-site verification and failed to explain consideration of alternative methods of verifying Shakti's information, and remanded to Commerce to reconsider its decision

**Court No. 20-03837**

on verification. *Bonney Forge II*, 2023 WL 5353699, at *5. Consistent with the Court's opinion, Commerce took new agency action when it determined to conduct an in-person, onsite verification at Shakti's facilities in India. *See id.*; Second Remand Redetermination at 3, APPX14543. Plaintiffs argue that Commerce failed to conduct a meaningful verification. However, as explained in detail in Defendant's comments, Commerce conducted a thorough weeklong verification reviewing both Shakti's sales and cost responses. *See* Defendant's Response to Plaintiffs' Comments on Second Remand Redetermination (April 9, 2024), ECF No. 102. This extensive verification included a detailed review of Shakti's cost buildups, supporting documentation for CONNUMs, fittings costs, and machining processes. After this extensive verification of Shakti's reporting, Commerce did not find any inconsistencies or errors that required an adjustment to its calculations from the final determination. *See* Second Remand Redetermination at 4, APPX14544.

  Thus, for the reasons described above and in Defendant's comments, we respectfully request that the Court sustain Commerce's second remand redetermination.

Respectfully submitted,

<u>/s/ Robert G. Gosselink</u>
Robert G. Gosselink
Aqmar Rahman

TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, D.C. 20003
Tel.: (202) 223-3760

*Counsel to Defendant-Intervenor*

Dated: April 24, 2024

2

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BONNEY FORGE CORPORATION, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant,<br>and<br><br>SHAKTI FORGE INDUSTRIES PVT. LTD.,<br><br>　　　　　Defendant-Intervenor. | Court No.: 20-03837<br>Before: Hon. Stephen A. Vaden |

## CERTIFICATE OF COMPLIANCE WITH CHAMBERS PROCEDURE 2(B)(1)

　　The undersigned counsel at Trade Pacific PLLC hereby certifies that the accompanying response to comments on remand results dated April 24, 2024, complies with the maximum 7,000 word-count limitation described in part 2(B)(1) of the Court's Chambers Procedures. The response to comments on remand results contains 393 words according to the word-count function of the word-processing software used to prepare the brief, excluding the table of contents, table of authorities, and counsel's signature block.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Robert G. Gosselink
　　　　　　　　　　　　　　　　　Robert G. Gosselink
　　　　　　　　　　　　　　　　　Aqmar Rahman
　　　　　　　　　　　　　　　　　TRADE PACIFIC PLLC
　　　　　　　　　　　　　　　　　700 Pennsylvania Avenue, SE, Suite 500
　　　　　　　　　　　　　　　　　Washington, D.C. 20003
　　　　　　　　　　　　　　　　　Tel.: (202) 223-3760
Dated: April 24, 2024　　　　　　　*Counsel to Defendant-Intervenor*