**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE THE HONORABLE STEPHEN A. VADEN, JUDGE

|  |  |
|---|---|
| BONNEY FORGE CORPORATION, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION,<br><br>          Plaintiffs,<br>v.<br><br>UNITED STATES,<br><br>          Defendant,<br><br>and<br><br>SHAKTI FORGE INDUSTRIES PVT. LTD,<br><br>          Defendant-Intervenor. | Court No. 20-03837 |

**DEFENDANT'S NOTICE TO THE COURT**

Defendant, the United States, respectfully submits this notice to the Court to correct a representation made during oral argument on November 11, 2024. It was undersigned counsel's understanding during oral argument that counsel for Bonney Forge Corporation (Bonney Forge) could have attended the Department of Commerce's on-site verification of Shakti Forge Industries Pvt., Ltd. (Shakti). Undersigned counsel made this representation to the Court. After further consultation with Commerce counsel and review of the cost verification agenda, it is apparent that although interested parties could submit pre-verification comments, only counsel for the respondent, Shakti, could attend the verification.

Here, Commerce placed both the public and business proprietary versions of the cost verification agenda on the record on November 1, 2024. *See* Cost Verification Agenda.[1] Prior to the on-site verification, which took place between November 5, 2023, through November 10, 2023, in Rajkot, India, Bonney Forge could have, but did not, place pre-verification comments on the record.

We appreciate the opportunity to correct our representation about interested party attendance at verification.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA MCCARTHY<br>Director |
|  | /s/Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director |
|  | /s/ Kara M. Westercamp |
| OF COUNSEL:<br>JonZachary Forbes<br>Attorney<br>Office of the Chief Counsel<br>for Trade Enforcement and Compliance<br>U.S. Department of Commerce<br>Washington, D.C. | Kara M. Westercamp<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 305-7571<br>E-mail: Kara.M.Westercamp@usdoj.gov |
| November 13, 2024 | Attorneys for Defendant |

---

[1] We have attached the public version to this filing.

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-533-891
Remand Redetermination
Slip Op. 22-8
**Public Version**
OA: SM

October 27, 2023

**Shakti Forge Industries Pvt. Ltd.**
c/o Mr. Hardik Dhandha
G-544, Road 1G, Kishan Gate, GIDC Lodhika
Vill. Metoda, Kalawad Road
Rajkot-360021 (Gujarat) India

Re:   Less-Than-Fair-Value Investigation of Forged Steel Fittings from India:  Cost Verification Agenda Pursuant to Court-Ordered Remand Redetermination

Dear Mr. Dhandha:

Enclosed you will find the agenda we intend to follow at the verification of Shakti Forge Industries Pvt. Ltd.'s (SFIPL's) cost questionnaire responses pursuant to the court-ordered remand redetermination.  As discussed with you previously, Iona Fernandez and Sheila Medillo will conduct the cost verification between November 5, 2023, through November 10, 2023, in Rajkot, India.

The agenda is the plan that the verifiers intend to follow and, as such, is written as instructions to the verifiers.  This agenda allows you to prepare in advance the documentation required to verify each item and to properly brief the appropriate personnel on the items to be covered.  The agenda identifies the general areas the verifiers will examine and the verification procedures that they will perform.  You must demonstrate how the data submitted in the response reconciles to the Company's general ledger, cost accounting system, and financial statements.  The enclosed agenda is not necessarily all inclusive and we reserve the right to request any additional information or materials we deem necessary for a complete verification.

The Company must be prepared for all items on the agenda in case the verification proceeds more rapidly than anticipated.  At the beginning of the verification, your client must have complete supporting documentation for the selected products and each verification procedure.  Complete supporting documentation would consist of a complete trail of calculations, supporting schedules, selected invoices and sub-ledgers tracing the reported per-unit costs back to the general ledger accounts and source documents.  The verifiers will request detailed documentation on all important accounts.  The verifiers will require copies of certain documents as verification exhibits.  <u>You should make copies of the complete supporting documentation before the verification</u>.  As you will note, the time available for the verification is limited.



| | |
|---|---|
| Shakti Forge Industries Pvt. Ltd. | A-533-891 |
| Cost Verification Agenda | Page 2 |

Consequently, the appropriate personnel must gather the information requested prior to the verifiers' arrival.

In addition to examining supporting documentation, the verifiers will need to speak to appropriate personnel concerning your questionnaire responses and other information submitted on the record of the proceeding.  Please ensure appropriate personnel are made available to the verifiers.  Please note that the names and titles of all company personnel and representatives participating in the verification, regardless of the role played, will be included in the verification report and treated as public information.

It is the responsibility of your company to be fully prepared for this verification.  If your company is not prepared to support or explain a response item at the appropriate time, the verifiers may move onto another topic.  If, due to time constraints, returning to that item is not possible, we may consider the item unverified.  Furthermore, if information requested for verification is not supplied, or is unverified, pursuant to section 776(a) of the Act, we may use facts available for our final determination, which may include information supplied by the petitioners.

Please note that the purpose of verification is to verify the database and questionnaire responses which were submitted prior to verification.  Verification is not an opportunity to submit new factual information.  Section 19 CFR 351.301(b) of the Department of Commerce's (Commerce's) regulations establishes time limits for the submission of new factual information and 19 CFR 351.302 establishes procedures for the extension of time limits, the return of untimely filed or unsolicited material.  If minor errors were found in any of your previously submitted filings they must be presented at the start of verification.  If you present corrections of minor errors, you must file the information at Commerce and serve it by hand on the petitioner within two business days of the start of verification.

Section 777(c)(1) of the Act provides for the release of all business proprietary information, under administrative protective order (APO), presented to or obtained by Commerce during a proceeding, except privileged information, classified information, and specific information of a type for which there is a clear and compelling need to withhold from disclosure.  As such, we request that you file and serve verification exhibits no later than the end of the fifth business day after each verification is completed.  Unless you provide detailed, specific information to establish that there is a "clear and compelling need" to withhold a verification exhibit from disclosure, all business proprietary exhibits must be filed with Commerce as business proprietary documents and served on all parties on the APO service list in accordance with 19 CFR 351.303(b) and 351.303(f) no later than the end of the fifth business day after each

| | |
|---|---|
| Shakti Forge Industries Pvt. Ltd. | A-533-891 |
| Cost Verification Agenda | Page 3 |

verification is completed. It is not necessary to create, file, or serve public versions of exhibits that are not public in their entirety. Your submission of the exhibits must be accompanied by the certificate of service required by 19 CFR 351.303(f)(2) indicating service on the parties on the

APO service list, as well as the certificates of factual accuracy included with the initial questionnaire issued to you by Commerce. Exhibits that are public in their entirety (*e.g.*, public laws, annual reports) must be filed with Commerce and served in accordance with the requirements set forth in 19 CFR 351.303(b) and 351.303(f) for submission of public information. If, upon review, Commerce finds that any of the exhibits filed do not match the exhibits that Commerce decided to take during verification, Commerce will notify the submitter and other parties, and will take appropriate steps to address any inconsistencies.

All exhibits must be filed electronically using Enforcement and Compliance's Antidumping and Countervailing Duty Centralized Electronic Service System (ACCESS). An electronically filed document must be received successfully in its entirety by Commerce's electronic records system, ACCESS, by 5 p.m. ET, unless otherwise specified by Commerce, on the fifth business day after verification is completed. Documents excepted from the electronic filing requirement under 19 CFR 351.303(b)(2)(ii) must be filed manually (*i.e.*, in paper form) with the APO/Dockets Unit in Room 18022 and stamped with the date of receipt on the fifth business day after verification is completed.

If you have any questions regarding this verification or feel you cannot perform certain verification procedures, contact Sheila Medillo at (202) 482-2990 or me at (202) 482-3563.

Sincerely,

*Taija A. Slaughter*

Taija A. Slaughter
Office Director,
Office of Accounting, E&C

Barcode:4455968-01 A-533-891 REM - Remand    -    Slip Op. 23-120

| | |
|---|---:|
| Shakti Forge Industries Pvt. Ltd. | A-533-891 |
| Cost Verification Agenda | Page 4 |

## I. GENERAL

The verification will focus on the cost data file submitted on July 23, 2020 and the worksheets, reconciliations, and other links to your company's books and records. Therefore, all original worksheets, reconciliations and links must be available at verification.

A. If minor errors were found in any of your previously submitted filings they must be presented at the start of verification.[1] For each minor correction provide a description of the error, the amount, the number or group of CONNUMs affected, and quantify the amount of the error's impact on the previously reported CONNUM costs.

B. Costs for the following products will be reviewed in detail at the verification. Therefore, complete supporting documentation must be prepared in advance for each.[2]

   1. CONNUM [            ];

   2. CONNUM [            ];

   3. An additional product not under consideration may be selected on the first day of verification.

## II. REVIEW OF COMPANY'S FINANCIAL ACCOUNTING AND COST ACCOUNTING SYSTEMS

The purpose of this section is to give the verifier a more complete understanding of the accounting systems and reporting methods. The discussions should focus on what was reported in the respondent's cost submissions.

---

[1]/  Minor errors are minor mistakes in addition, subtraction, or other arithmetic function, minor data entry mistakes, clerical errors resulting from inaccurate copying, duplication, or the like, and minor classification errors. Minor errors do not include items such as methodology changes.

[2]/  Complete supporting documentation consists of a complete trail of calculations for the amounts reported in each cost of manufacturing field on the COP/CV data file (see step I.C.3). As necessary provide, calculations of quantities and values, supporting schedules, copies of selected invoices or copies of pages from sub-ledgers as necessary to trace the reported per-unit amount reported for each field back to the accounting data kept in the normal course of business. The documentation must clearly demonstrate the allocation of common costs between specific products, both subject and non-subject.

| Shakti Forge Industries Pvt. Ltd. | A-533-891 |
|---|---|
| Cost Verification Agenda | Page 5 |

A. Discuss the corporate structure of SFIPL including all affiliated parties. Identify all companies involved in the various aspects of the production and sale of the merchandise under consideration.

B. Review accounting procedures and policies.
   1. Discuss the structure and operation of SFIPL's accounting system and the modules implemented.

   2. Discuss SFIPL's financial accounting system:
      a. Review and discuss with management the financial statements normally prepared by SFIPL.

      b. Review the account coding scheme, chart of accounts, general ledger and subsidiary ledgers with company officials.

      c. Discuss all policies affecting raw materials inventory, work-in-process and cost of sales (i.e., valuation methodology, lower of cost or market policy, accounting entries, year-end adjustments).

      d. Discuss the extent to which SFIPL normally tracks product specific costs.

      e. Obtain a sample copy of all accounting reports normally generated. Review the reports and discuss with SFIPL officials how the information was used in preparing SFIPL's response.

      f. Review and discuss sections of SFIPL's submissions that describe the methodologies used to account for and to allocate materials, labor and overhead costs to each product.

C. Tour the production facility. Discuss the production process described in the section D response.
   1. Obtain flowcharts or diagrams of the production process and the factory layout.
   2. Discuss the general operations and processes performed, and
   3. Obtain a sample copy of each production report generated from the production control system. Review the reports and discuss when, where and how information contained in the reports is collected on production quantities, labor hours, machine hours.

Shakti Forge Industries Pvt. Ltd.                                                            A-533-891
Cost Verification Agenda                                                                       Page 6

---

**III.     COST RECONCILIATIONS**

The main objective of this section is to determine whether SFIPL's overall costs have been appropriately included or excluded from the reported costs. This section takes a "top down" approach (<u>e.g.</u>, financial statements to per-unit cost), starting with cost of sales from the financial statements and proceeding step-by-step down through the cost of manufacturing for the reporting period to the summation of the reported per-unit costs. Section IV below takes a "bottom up" approach in verifying the per-unit costs and how they reconcile with SFIPL's normal cost and financial accounting systems. The steps identified in this section <u>must</u> be accomplished before proceeding to any other areas of the agenda and before any additional testing can be performed.

A.  Review the reconciliation of the fiscal year income statement (<u>i.e.</u>, revenues, cost of sales, selling and administrative expenses, and non-operating expenses) in the audited financial statements for the fiscal year ended March 31, 2019 (FY 2019) <u>to</u> the total costs in the financial accounting system (<u>e.g.</u>, general ledger or trial balance). Discuss each reconciling item and obtain supporting documentation for all major or unusual reconciling items.

B.  Review the reconciliation of the trial balance in excel (<u>i.e.</u>, revenues, cost of sales, selling and administrative expenses, and non-operating expenses) for the six months ended September 30, 2018 <u>to</u> the total costs in the financial accounting system (<u>e.g.</u>, general ledger or trial balance). Discuss each reconciling item and obtain supporting documentation for all major or unusual reconciling items.

C   Review the reconciliation of the trial balance in excel (<u>i.e.</u>, revenues, cost of sales, selling and administrative expenses, and non-operating expenses) for the six months ended March 31, 2019 <u>to</u> the total costs in the financial accounting system (<u>e.g.</u>, general ledger or trial balance). Discuss each reconciling item and obtain supporting documentation for all major or unusual reconciling items.

D.  Review the reconciliation of the trial balance for the FY 2019, April 1 – September 30, 2018 and October 1, 2018 – March 31, 2019 <u>to</u> the total POI COM. Discuss each reconciling item and obtain supporting documentation for major reconciling items.

E.  Review the reconciliation of the total POI COM <u>to</u> the total of the per-unit manufacturing costs submitted to Commerce (<u>i.e.</u>, multiply the reported COMs of all merchandise under consideration for the POI by their respective production quantities, then sum the totals). Discuss each reconciling item and obtain supporting documentation for major reconciling items, including the following items:
   1. Differences between the reporting methodology and the normal record keeping; and.
   2. All other reconciling items.

| | |
|---|---:|
| Shakti Forge Industries Pvt. Ltd. | A-533-891 |
| Cost Verification Agenda | Page 7 |

## IV.   REPORTED PER-UNIT COSTS

The main objective of this section is to determine whether: 1) expenses have been correctly allocated between individual products; 2) expenses have been correctly allocated between merchandise under consideration and merchandise not under consideration; 3) the allocation bases used for particular expenses are reasonable; and 4) expenses are classified correctly.

A. For the CONNUMs selected above at I.B, obtain and perform the following.

   1. If the facility's CONNUM-specific cost is itself a weighted-average cost of several unique products, obtain worksheets showing the calculation of that facility's weighted-average figures for the CONNUM.  The worksheets must show all products produced at the facility which were weight-averaged together to obtain that facility's costs for the specified CONNUM.  For each unique product shown on the worksheet, it must show the product's internal product code, production quantity, and corresponding value for each computer field.  Test the weight averaging for the facility.
      a. Test that the classification of the internal products codes which were included in the CONNUM cost buildup were appropriate by comparing the product codes to the product list key obtained in response to question 7.b. of the section A response.

      b. Test that the internal products codes of the product which were excluded from merchandise under consideration were appropriate by comparing the product codes to the product list key obtained in response to question 7.b. of the section A response.

   2. For the unique product with the highest production quantity in each set of worksheets reported for question IV.A.1, obtain product cost buildup worksheets that demonstrate how each data field within TOTCOM was determined.

B. Production Quantities

   1. Reconcile the total quantity of forged steel fittings produced during the POI to production records.

   2. Trace the reported production quantities for the finished products that are in the CONNUM identified in I.B above to production or inventory records for the factory.  Tie the quantities from SFIPL's records to the worksheets showing all products produced at the facility that were weight-averaged together to obtain that facility's costs for the specified CONNUM (i.e., **IV.A.2)**.

| | |
|---|---|
| Shakti Forge Industries Pvt. Ltd. | A-533-891 |
| Cost Verification Agenda | Page 8 |

C. Materials

1. Review schedules that show SFIPL's monthly inventory movement of steel billet and round bar for the POI (i.e., quantity and value of beginning inventory, purchases, sales, consumed in the production process, and ending inventory). Trace beginning and ending inventory to the financial accounting system (trial balance or financial statements). Trace purchases to purchase journals or inventory records. Trace the quantities consumed in the production of finished products to inventory and/or production records. Tie the value consumed in production to the calculation of the per-unit material costs included in the reported costs. Identify how taxes, duties, transportation costs, etc., have been accounted for in the reported costs.

2. Review the product cost buildup worksheets (IV.A.2.) that show the per-unit material cost calculation for the products listed in I.B. The worksheets must show the calculations for total direct material cost in COM, as well as the individual material cost fields. The worksheets should include the calculation of the yield loss at each subsequent production stage, and any by-product or scrap revenue offset.

    a. Trace the values and quantities for the elements in the calculation of material costs to source records from the financial and cost accounting systems.

    b. For each selected product, recalculate the per-unit material costs shown on the product cost buildup worksheets and trace to the material costs reported in the direct material computer fields (DIRMAT).

3. Review and document that material costs are assigned specifically to the individual products that contain the given material, (i.e., material costs are not averaged across all products).

D. Yield Loss and Offsets

1. If not already shown on the product cost buildup worksheets, obtain a worksheet demonstrating how SFIPL has accounted for the yield loss associated with each production stage.

3. Obtain a schedule that shows the quantity of the by-product and/or scrap generated during the cost reporting period, the quantity of a by-product and/or scrap sold, and the revenue received from the sale of each. Review the schedule to ensure that the byproduct and/or scrap sold are related to the production of merchandise under consideration. Trace

Shakti Forge Industries Pvt. Ltd.                                                                A-533-891
Cost Verification Agenda                                                                           Page 9
_____

amounts to company records and source documents. Recalculate the offset. If an item is reintroduced into the production process, document that the price assigned to the item when it is reintroduced back into production.

E. Conversion Costs – Labor, Energy and Overhead Costs

1. Review the product cost buildup worksheets (IV.A.2) that show the per-unit conversion costs' calculation for the products listed in I.B. The worksheets must show the calculations for total conversion costs in COM, as well as any separately identified production stage.

    a. For elements in the calculation of conversion costs, trace the values and quantities to source documents (i.e., financial and cost accounting systems and production records).

    b. For each selected product, recalculate the per-unit conversion costs shown on the product cost buildup worksheets and trace the amount to the conversion costs reported in the computer fields (e.g., DIRLAB, VOH, FOH).

2. For labor and electricity costs, test the price (or value) and quantity used in the reported product cost buildups worksheets.

    a. Obtain copies of records that show the actual consumption quantity of the selected expense at a production stage. For example, data from electricity usage meters at specific cost centers or total hours worked on a shift as shown on a production report, payroll records, etc. Compare the per-unit consumption quantities recorded in the company's production records to the per-unit consumption quantity used in the product cost buildup worksheets for that stage. If per-unit consumption quantities are not maintained, then use the most specific data available (e.g., the total consumption for a cost center or product group).

    b. Compare the value for the expense on the cost buildup worksheets to invoices or other accounting documents that support the amount of the rate. For example, compare payroll information for the shift to the wage rates used or compare energy invoices to the energy rates used in the reported energy costs.

4. Review and test that the conversion costs are not the average of some or all products but are specific to the conversion activities associated with individual products.

Shakti Forge Industries Pvt. Ltd.                                                                A-533-891
Cost Verification Agenda                                                                           Page 10

___

    a. If the same process is applied to specific products within a production location, but in various ways or at different lengths of time, document that the products are allocated proportional amounts of processing cost.

    b. If different processes are applied to specific products within a production location document that a product is allocated only the relevant costs associated with the process it receives.

4. From the product cost buildup worksheets, select a production stage for testing the appropriateness of the allocation factors used.  Discuss with SFIPL officials whether the allocation factor (e.g., tons, machine hours, labor hours, etc.) reasonably represents how the costs being allocated relate to the product produced.

5. Document the classification of overhead costs as either variable or fixed.

V. **SELLING, GENERAL AND ADMINISTRATIVE EXPENSES**

A. Review the worksheet showing SFIPL's calculation of the general and administrative (G&A) expense rate.  Trace the total of selling expenses, G&A expenses and cost of sales used to calculate the G&A expense rate to SFIPL' FY 2019 audited financial statements.  Recalculate the per-unit G&A expense amount and trace the amount to the G&A expense reported in the computer fields.

B. Identify on the fiscal year trial balance, or other company records, the total packing costs, selling expenses, movement costs and G&A expenses that are included in the cost of sales amount on the financial statements.  Ensure that they are removed from the denominator of the G&A expense rate.

C. Obtain a schedule that identifies all major categories of selling, general and administrative expenses.  Review the classification of expenses between selling and G&A.  Ensure the expenses classified as selling expense, packing costs, and movement costs agree with the items reported in section B and C or the sales verification exhibits.

D. Obtain a schedule showing all non-operating and extraordinary income and expense items (e.g., exchange gains and losses, other income and expense, dividend income, etc.).  Reconcile the schedule to the financial statements and identify how each of these items is accounted for in the submitted costs.  Obtain a brief description of each item.  For selected items, review the general ledger account detail and obtain copies of supporting documentation.

Shakti Forge Industries Pvt. Ltd.  A-533-891
Cost Verification Agenda  Page 11

---

E.  Trace the total of selling, general and administrative expenses to the financial statements of the producing company. Trace the denominator used to calculate the G&A rate (cost of sales) to the financial statements of the producing company.

## VI.  **FINANCIAL EXPENSES**

A.  Review the worksheet showing SFIPL's calculation of the financial expense rate. Trace the cost of sales, interest expense, net exchange gains and losses and interest income used to calculate the financial expense rate to SFIPL's FY 2019 audited financial statements. Recalculate the per-unit financial expense amount and trace the amount to the financial expense reported in the computer fields.

B.  Obtain a schedule of interest income earned from short-term sources. Review documentation supporting the claim that interest income is from short-term sources. Trace the interest income earned from short-term sources to the amount used to offset interest expense.

C.  Determine that the net foreign exchange gains and losses have been included in the financial expense rate calculation.

D.  Trace the cost of sales, interest expense, net exchange gains and losses and interest income used to calculate the financial expense to the audited consolidated financial statements.

| | |
|---|---:|
| Shakti Forge Industries Pvt. Ltd. | A-533-891 |
| Cost Verification Agenda | Page 12 |

---

# **Attachment 1**

To facilitate the proceedings, please have the following available for the verification:

1. For each verification procedure that indicates the verifiers must obtain a list, a schedule, a description, etc., the item must be prepared in advance and available on the first day of verification;
2. A complete set of all your submissions;
3. Copies of the worksheets used to link the submitted amounts to the Company records;
4. Original Company records and other source documentation used to prepare any part of the response (e.g., a general ledger, trial balance, purchase journals, production reports, inventory ledgers, fixed asset ledgers, etc.);
5. Appropriate personnel with remote access to SFIPL's accounting system so that verifiers have the ability to observe SFIPL personnel inquire the underlying accounting system;
6. Appropriate personnel who are knowledgeable about the data in the response and the underlying accounting systems; and,
7. Access to a copy machine